No. 61009.—United China & Glass Co. *v.* United States, protest 258891–K/14279 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise, designated as items 2185 and 2191, consists of decorated earthenware, valued at over $2 per dozen pieces, that said items are tableware, and that, if presently before the examiner for examination, he would so advisorily classify them, the claim of the plaintiff was sustained as to said items.

No. 61010.—United China & Glass Co. *v.* United States, protest 300381–K/14814 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the mugs, item 2185, consist of decorated earthenware, valued at over $2 per dozen pieces, that said item is tableware, and that, if presently before the examiner for examination, he would so advisorily classify them, the claim of the plaintiff was sustained as to said item.

No. 61011.—United China & Glass Co. *v.* United States, protest 300382–K/14815 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the boxes, items 2521 and 2193, consist of decorated earthenware, valued at over $2 per dozen pieces, that said items are kitchenware and tableware, and that, if presently before the examiner for examination, he would so advisorily classify them, the claim of the plaintiff was sustained as to said items.

No. 61012.—Mack Motor Truck Corporation *v.* United States, protest 290115–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.